# JUNE 3, 1942

A. D. BAKER V. THE STATE.

No. 22147. Delivered June 3, 1942.

The opinion states the case.

*George T. Thomas,* of Big Spring, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for "drunk driving" of an automobile on a public road, punishment, $100.00 fine and six months in jail.

Notwithstanding his plea of guilty appellant gave notice of appeal to this court.

The facts proven support the judgment.

The judgment is affirmed.